

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
DEC 1 1 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No.  07 CR 799 |
| | ) | Nan R. Nolan |
| THOMAS MAN LUNG LO | ) | United States Magistrate Judge |
| a/k/a "Tommy Lo" | ) | |

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Now comes the UNITED STATES OF AMERICA by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, and respectfully represents unto Your Honor that:

Name:            Thomas Man Lung Lo a/k/a "Tommy Lo"
Date of Birth:
Sex:
Prisoner No.:

has been and now is, in due form and process of law, detained in the following institution:

DuPage County Jail.

Your petitioner further represents to Your Honor that the said prisoner has been charged in the Eastern Division of the Northern District of Illinois for a violation of Title 21, United States Code, Section 846 and is now wanted in such division and district on January 2, 2008 at 10:30 a.m. for an initial appearance before Your Honor in courtroom 1858.

WHEREFORE, your petitioner prays for an Order directing the issuance of a Writ of Habeas Corpus Ad Prosequendum in this behalf directed to the following persons:

| | |
|---|---|
| UNITED STATES MARSHAL | SHERIFF |
| Northern District of Illinois | DuPage County Jail |
| Chicago, Illinois | Wheaton, Illinois |

commanding them to produce the body of the said prisoner before this Court at said time and on said date, and that when the said prisoner shall be so produced pursuant to said Writ, and that when these proceedings have been so concluded, the government will move to remand the defendant to the custody of the U.S. Marshals.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: /s/ Steven J. Dollear

STEVEN J. DOLLEAR
Assistant United States Attorney
219 S. Dearborn Street
Suite 500
Chicago, IL 60604
312 - 353-5359

Dated: December 11, 2007