Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 CR 799 - 6 | DATE | 12/11/2007 |
| CASE TITLE | USA v Thomas Man Lung Lo | | |

**DOCKET ENTRY TEXT**

Order Writ of Habeas Corpus Ad Prosequendum to issue as to **Thomas Man Lung Lo** returnable on 01/02/08 at ~~10:03~~ a.m.
10:30 am

■ [ For further detail see separate order(s).]

Docketing to mail notices.

Writ issued 12-12-07

Courtroom Deputy Initials: LXS