

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 07 CR 799 |
| | ) | Nan R. Nolan |
| THOMAS MAN LUNG LO | ) | United States Magistrate Judge |
| a/k/a "Tommy Lo" | ) | |

## ORDER

On petition of the UNITED STATES OF AMERICA and it appearing to the Court that:

      Name:                    Thomas Man Lung Lo a/k/a "Tommy Lo"
      Date of Birth:
      Sex:
      Prisoner No.:          188256

has been and now is, in due process of law, incarcerated in the following institution:

DuPage County Jail,

and that said defendant has been charged by complaint in the Eastern Division of the Northern District of Illinois for a violation of Title 21, United States Code, Section 846, and that said defendant should appear in this case in the United States District Court at Chicago, Illinois on January 2, 2008 at 10:30 a.m. for an initial appearance before Magistrate Judge Nan R. Nolan in courtroom 1858.

IT IS THEREFORE ORDERED that the following persons:

| | |
|---|---|
| UNITED STATES MARSHAL | SHERIFF |
| Northern District of Illinois | DuPage County JAIL |
| Chicago, Illinois | Wheaton, Illinois |

bring or cause to be brought before this Court, at said time on said date, in the United States Court House in Chicago, Illinois, the body of the said defendant; and that a Writ of Habeas Corpus Ad Prosequendum, directed to said persons, so commanding them, be issued by the Clerk of this Court.

E N T E R:

*Nan R. Nolan*

_____
NAN R. NOLAN
MAGISTRATE JUDGE,
NORTHERN DISTRICT OF ILLINOIS

DATED at Chicago, Illinois

this 11th day of December, 2007.