Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 799 - 6 | **DATE** | 1/2/2008 |
| **CASE TITLE** | USA vs. Thomas Man Lung Lo | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant Thomas Man Lung Lo appears in response to arrest on 01/02/08. Defendant informed of his rights. Enter Order appointing Panel Attorney Douglas J Rathe as counsel for defendant for initial appearance only. Government seeks detention. Defendant waives the detention hearing without prejudice to defendant's right to move at a later time for release on conditions. Defendant will remain in custody pending trial or until further order of the Court. Defendant waives his right to preliminary examination. Enter a finding of probable cause; Order defendant bound to the District Court for further proceedings. Defendant is hereby ordered removed into federal custody - forthwith.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | LXS |
|---|---|---|