Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 799 - 6 | **DATE** | 9/8/08 |
| **CASE TITLE** | USA vs. THOMAS MAN LUNG LO | | |

**DOCKET ENTRY TEXT**

Change of plea hearing held. Defendant withdraws plea of not guilty to count 1 and enters plea of guilty to count 1. Defendant informed of rights. Judgment of guilty deferred. Status hearing set for 11/5/08 at 10:30a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CG |
|---|---|---|